COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO.  2-09-042-CR

JAMES CARROLL FRANKLIN      APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 271
ST
 
DISTRICT COURT OF WISE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 Tex. R. App
. P.
 43.2(f). 

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH

Tex. R. App
. P. 
47.2(b)

DELIVERED: July 16, 2009 

FOOTNOTES
1:
See
 
Tex. R. App
. P.
 47.4.